# THE NOWICKI LAW FIRM, LLC

*Commercial & Employment Law*

395 FRANKLIN ST.                                                CAROLE LYNN NOWICKI, ESQ.
BLOOMFIELD, NJ 07003                                          ADMITTED IN NJ & NY
(862) 621-9550                                          CNowicki@NowickiLawFirm.com

March 17, 2017

**VIA ELECTRONIC FILING**
Hon. John Michael Vazquez, U.S.D.J.
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut St.
Newark, NJ  07101

> **Re:    Colony Insurance Company v. Construction Pros of
> New Jersey, LLC and Galo Gomez
> Civil Action No. 16-5878 (JMV)**

Dear Judge Vazquez:

This firm represents Defendant Construction Pros of NJ, LLC ("CPNJ") (improperly pleaded as "Construction Pros of New Jersey, LLC") in the above-referenced matter.  In response to the Court's request, CPNJ hereby confirms that it does not oppose Plaintiff's Motion for Entry of Judgments (Dkt.12).  As set forth in the proposed Stipulated Judgment (Dkt.12-2), CPNJ stipulates to judgment without any admission of liability.

Respectfully submitted,

THE NOWICKI LAW FIRM, LLC

*s/ Carole Lynn Nowicki*

Carole Lynn Nowicki

cc:    William F. Stewart, Esq. (via ECF)
        Michael F. Metzger, Esq. (via ECF)